UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Crim. No. 3:23-cr-00007-GFVT-MAS |
| GERARDO TOLENTINO-ANTONIO, | ) ) ) ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 20.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id*. at 2. Neither party objected and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Gerardo Tolentino-Antonio knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea [R. 20] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Gerardo Tolentino-Antonio is **ADJUDGED** guilty of Count 1 of the Indictment; and,

3. The Defendant's Jury Trial is **CANCELLED**.

This the 25th day of July, 2023.

Gregory F. Van Tatenhove
United States District Judge